# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2006

131616

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 131616
COA: 267491
Oakland CC: 2005-008332-AR
46th DC: 05-051143-FY

ROBERT DOUGLAS NILL, JR.,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 20, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2006

Clerk

s1011